IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| E. J. SIERON, CURTIS WARNER, THERESA HARRIEL, GOLDEN PROPERTIES, INC., OKO WILLIAMS, ANGELA WILLIAMS, and ARROW REALTY, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HANOVER FIRE AND CASUALTY INSURANCE COMPANY, a subsidiary of Hanover Fire Holdings, Inc., and THOMAS RIPPERDA, Respondent in Discovery,<br><br>    Defendants. | NO. CV 06-501-JPG-PMF |

## **JUDGMENT IN A CIVIL CASE**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    Dated:   March 12, 2008

                                                   NORBERT JAWORSKI, CLERK

                                                 by:s/Deborah Agans, Deputy Clerk

**APPROVED:** s/ J. Phil Gilbert
                   **U. S. DISTRICT JUDGE**